1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  SHARON LAHEY (CBSN 263027)
   Special Assistant United States Attorney
5  160 Spear Street, Suite 800
6  San Francisco, California 94105
   Telephone: (415) 977-8963
7  Facsimile (415) 744-0134
   E-Mail: sharon.lahey@ssa.com
8
9  Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PHYLLIS M. GONZALEZ, | CIVIL NO. 2:17-cv-00595-AC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR DEFENDANT'S FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner Of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Phyllis M. Gonzalez ("Plaintiff") and Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions. The current deadline is September 29, 2017, and the new deadline would be October 27, 2017. Any reply thereto would be due on or before November 10, 2017. Defendant requests this additional time so that she may continue to consider the possible settlement of this

action without further briefing.  The Parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Date: September 25, 2017      LAW OFFICES OF LAWRENCE D. ROHLFING

By: /s/ *Brian Shapiro*
BRIAN SHAPIRO
Attorneys for the Plaintiff
(*Authorized by email on September 25, 2017)

Date: September 25, 2017      PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney

## **ORDER**

Pursuant to stipulation, good cause appearing, IT IS SO ORDERED.

DATED: September 26, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE